*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 14-BG-365**

IN RE:  ROBERT L. SHIELDS, JR.,
                                    Respondent.
**Bar Registration No.  463074**                    **BDN: 37-14**

BEFORE:    Easterly, Associate Judge, and Nebeker and King, Senior Judges.

**ORDER**
(FILED - June 19, 2014)

On consideration of the certified order of the Court of Appeals of Maryland disbarring respondent from the practice of law in that jurisdiction, *see Attorney Grievance Com'n of Maryland v. Shields*, 83 A.3d 778 (Md. 2014), this court's April 14, 2014, order directing respondent to show cause why the functionally equivalent discipline in the form of a suspension for a period of five years or until reinstated to the bar of Maryland, whichever is first, with his reinstatement conditioned upon a showing of fitness and a showing that his mental disability had ended, should not be imposed, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause or the affidavit as required by D.C. Bar R. XI,  §14 (g), it is

ORDERED that Robert L. Shields is hereby suspended from the practice of law in the District of Columbia for a period of five years or until reinstated to the bar of Maryland, whichever occurs first.  Reinstatement is also contingent upon a showing of fitness and a showing that respondent's mental disability has ended.  *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007).  It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of disbarment will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14 (g).

PER CURIAM